JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

LINDSAY HOOPES
Law Clerk

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0535 MAG |
|    Plaintiff, | |
|    v. | **PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| LARISSA K. MCCANN, | |
|    Defendant. | |

     To the Honorable Bernard Zimmerman, United States Magistrate Judge for the United States District Court for the Northern District of California:

     The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner Larissa K. McCann, whose place of custody and jailor are set forth in the requested Writ, attached hereto, and your petitioner avers that the prisoner is

//
//
//
//

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07-0535 MAG

required to appear in the above-entitled matter in this Court, and therefore petitioner requests that this Court issue the Writ as presented.

DATED: March 23, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
WENDY THOMAS
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: March 24, 2008

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07-0535 MAG

2

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To: Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden, or Sheriff of the Valley State Prison for Women, located at 21633 Avenue 24, P.O. Box 92, Chowchilla, California, 93600.

**GREETINGS**

WE COMMAND that on April 23, 2008 at 1:30 pm, you have and produce the body of Larissa K. McCann, CDC # X28940, in your custody in the above-referenced institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Honorable Bernard Zimmerman, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, so Larissa K. McCann may then and there appear for prosecution upon the charges filed against her in the above-captioned case, and that immediately after said hearing to return her forthwith to the above-referenced institution, or to abide by such order of the above-entitled Court concerning the custody of Larissa K. McCann, and to further produce Larissa K. McCann at all times necessary until the termination of the proceedings in this Court;. Accordingly,

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Bernard Zimmerman, United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED: March 24, 2008

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Rose Maher*
DEPUTY CLERK - Rose Maher

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07-0535 MAG
3